IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>                          Plaintiff,          )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>DAIMLERCHRYSLER AG and       )<br>MERCEDES-BENZ USA, LLC,        )<br>                                                         )<br>                          Defendants.      )<br>_____) | No. 1:06-cv-02172-HHK |

### ORDER

This matter came before the Court on the Parties' Joint Motion to Terminate Consent Decree. The Court having considered the Joint Motion to Terminate Consent Decree, and the record herein, it is hereby

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the Consent Decree entered by the Court in the above-captioned matter on April 1, 2007 is terminated.

Dated: Aug. 22, 2012

_____
United States District Judge

**Copies to:**

Donald G. Frankel, Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
One Gateway Center, Suite 616
Newton, MA  02458

W. Benjamin Fisherow



Acting Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Phillip Brooks, Director
Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue NW
Washington, DC  20460

Jeffrey A. Kodish, Esq.
Western Field Office
Air Enforcement Division
U.S. Environmental Protection Agency – Region 8
1595 Wynkoop St.
Denver, CO  80202-1129

Byron Bunker, Director
Compliance and Innovative Strategies Division
Office of Transportation and Air Quality
Office of Air and Radiation
National Vehicle and Fuel Emissions Laboratory/OAR
2565 Plymouth Road
Ann Arbor, MI  48105

Arvon Mitcham, Program Manager
Compliance and Innovative Strategies Division
U.S. Environmental Protection Agency
National Vehicle and Fuel Emissions Laboratory/OAR
2565 Plymouth Road
Ann Arbor, MI  48105

R. Latane Montague, Esq.
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC  20004

Charles Shady, Esq.
General Counsel
Mercedes-Benz USA, LLC
One Mercedes Drive

Montvale, NJ 07645